**Order entered September 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00724-CV

### FLAGSTAR BANK, FSB, Appellant

### V.

### MARK WALKER, ET AL, Appellees

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-04864-2009**

## ORDER

Before the Court is the August 29, 2013 third motion of Shawn Gant, Official Court Reporter for the 429th Judicial District Court of Collin County, Texas, for an extension of time to file the reporter's record. We **GRANT** the motion. The reporter's record shall be filed on or before **September 11, 2013**.

/s/     DAVID LEWIS
         JUSTICE